66023. STEPHENS et al. v. THE STATE.

POPE, Judge.
This court having entered a judgment in the above-styled case at 167 Ga. App. 417 (307 SE2d 9) (1983) reversing the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court in *State v. Stephens*, 252 Ga. 181 (311 SE2d 823) (1984), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Quillian, P. J., and Sognier, J., concur.*

DECIDED JULY 16, 1984.

*Daniel F. Byrne, Ansell T. Maund III*, for appellants.
*Arthur E. Mallory III, District Attorney*, for appellee.